**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   LLOYD C HATCHER                                 §
         LUCY HATCHER                                    §   Case No.: 08-18940
                                                         §
         Debtor(s)                                       §

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/23/2008.

2) This case was confirmed on 10/01/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/01/2008.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 06/18/2009.

6) Number of months from filing to the last payment: 10

7) Number of months case was pending: 14

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   33,050.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 6,951.00 |
| Less amount refunded to debtor | $      .00 |
| **NET RECEIPTS** | $ 6,951.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 1,951.35 |
| Court Costs | $      .00 |
| Trustee Expenses and Compensation | $   494.16 |
| Other | $      .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 2,445.51 |
| Attorney fees paid and disclosed by debtor | $      .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SER | PRIORITY | 4,150.00 | 2,698.99 | 2,698.99 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 82.68 | 82.68 | .00 | .00 |
| ARCHDIOCESE OF CHICA | UNSECURED | 1,795.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 384.00 | 423.08 | 423.08 | .00 | .00 |
| CAROL STREAM DENTAL | UNSECURED | 36.00 | NA | NA | .00 | .00 |
| CENTRAL DUPAGE HOSPI | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CENTRAL DUPAGE HOSPI | OTHER | NA | NA | NA | .00 | .00 |
| CHECKS UNLIMITED | UNSECURED | 48.95 | NA | NA | .00 | .00 |
| CHECKS UNLIMITED BY | OTHER | NA | NA | NA | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | 281.00 | NA | NA | .00 | .00 |
| GENESIS CLINICAL LAB | UNSECURED | 40.36 | NA | NA | .00 | .00 |
| HEART CARE CTR OF IL | UNSECURED | 227.78 | NA | NA | .00 | .00 |
| BASS & ASSOCIATES | UNSECURED | 389.00 | 389.25 | 389.25 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 973.00 | 1,027.72 | 1,027.72 | .00 | .00 |
| MCNEAL EMERGENCY PHY | UNSECURED | 127.00 | NA | NA | .00 | .00 |
| MCNEAL EMERGENCY PHY | OTHER | NA | NA | NA | .00 | .00 |
| MACNEAL HEALTH NETWO | UNSECURED | 2,025.00 | NA | NA | .00 | .00 |
| MACNEAL MEMORIAL HOS | UNSECURED | 86.34 | NA | NA | .00 | .00 |
| MCNEAL HOSPITAL | OTHER | NA | NA | NA | .00 | .00 |
| PROFESSIONAL CAREER | UNSECURED | 230.00 | NA | NA | .00 | .00 |
| PROFESSIONAL CAREER | OTHER | NA | NA | NA | .00 | .00 |
| QUEST DIAGNOSTIC | UNSECURED | 186.38 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| RADIOLOGY CONSULTANT | UNSECURED | 280.00 | NA | NA | .00 | .00 |
| RADIOLOGY CONSULTANT | OTHER | NA | NA | NA | .00 | .00 |
| SCHOLASTIC INC | UNSECURED | 45.88 | NA | NA | .00 | .00 |
| SCHOLASTIC INC | OTHER | NA | NA | NA | .00 | .00 |
| SCOTTS LAWN SERVICE | UNSECURED | 77.33 | NA | NA | .00 | .00 |
| SCOTTS LAWN SERVICE | OTHER | NA | NA | NA | .00 | .00 |
| SUBURBAN SURGICAL AS | UNSECURED | 105.80 | NA | NA | .00 | .00 |
| SUBURBAN SURGICAL AS | OTHER | NA | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,941.92 | 1,941.92 | 1,941.92 | .00 | .00 |
| TRINITY ORTHOPAEDICS | UNSECURED | 278.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 1,007.00 | 1,007.25 | 1,007.25 | .00 | .00 |
| WATERMARK PHYSICIANS | UNSECURED | 78.80 | NA | NA | .00 | .00 |
| WEST SIDE PATHOLOGY | UNSECURED | 41.30 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | SECURED | 10,081.00 | .00 | .00 | .00 | .00 |
| AMERICAN GENERAL FIN | SECURED | NA | 2,608.13 | 2,000.00 | .00 | .00 |
| HSBC AUTO FINANCE | SECURED | 5,500.00 | .00 | 9,381.25 | 1,633.50 | 243.55 |
| HSBC AUTO FINANCE | UNSECURED | 6,176.00 | 1,994.27 | 1,994.27 | .00 | .00 |
| HSBC MORTGAGE SVCS | SECURED | 327,204.26 | 336,072.95 | .00 | .00 | .00 |
| HSBC MORTGAGE SVCS | SECURED | NA | 11,686.91 | .00 | .00 | .00 |
| STATE FARM BANK | SECURED | 8,500.00 | .00 | 8,690.00 | 2,249.94 | 324.62 |
| STATE FARM BANK | UNSECURED | 4,417.00 | .00 | 4,170.05 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 524.00 | 290.00 | 290.00 | .00 | .00 |
| CITY CHICAGO DEPT OR | OTHER | NA | NA | NA | .00 | .00 |
| HSBC MORTGAGE SERVIC | OTHER | NA | NA | NA | .00 | .00 |
| DELILA GRANT | OTHER | NA | NA | NA | .00 | .00 |
| DELILA GRANT | OTHER | NA | NA | NA | .00 | .00 |
| DELILA GRANT | OTHER | NA | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | 10,081.00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | SECURED | NA | .00 | .00 | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | NA | 70.30 | 70.30 | .00 | .00 |
| JEFF A WHITEHEAD | PRIORITY | NA | .00 | 53.88 | 53.88 | .00 |
| HSBC MORTGAGE SVCS | UNSECURED | 17,204.26 | NA | NA | .00 | .00 |
| IL STATE DISBURSEMEN | PRIORITY | NA | 1,774.84 | 1,774.84 | .00 | .00 |
| CREDITONE | UNSECURED | NA | 2,625.37 | 2,625.37 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 2,000.00 | .00 | .00 |
| Debt Secured by Vehicle | 18,071.25 | 3,883.44 | 568.17 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 20,071.25 | 3,883.44 | 568.17 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | 1,774.84 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 2,752.87 | 53.88 | .00 |
| **TOTAL PRIORITY:** | 4,527.71 | 53.88 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 14,021.89 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,445.51 |
| Disbursements to Creditors | $ | 4,505.49 |
| **TOTAL DISBURSEMENTS:** | $ | 6,951.00 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   09/29/2009                                                  /s/ Tom Vaughn
                                                                                  Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**